IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | | |
|---|---|---|
| In Re:  Anthony Patrick Fahey | * | |
|       Rosanna Fahey | * | Bankruptcy Case No. 06-16420 |
| | * | Chapter 7 |
|       Debtor(s) | * | |
| ************************** | * | |
| Karl Stephens | * | |
|       Plaintiff(s) | * | |
| vs. | * | Adversary No. 07-00020 |
| Anthony Patrick Fahey | * | |
|       Defendant(s) | * | |

MOTION FOR EXAMINATION OF DEBTOR PURSUANT TO RULE 2004

MOVANT, Karl Stephens, by and through his attorneys, HOLCOMB & STRAILE, LLC, and Craig L. Holcomb, moves this Honorable Court to order an examination of the Debtor pursuant to Bankruptcy Rule 2004, and for reasons states:

1. The Plaintiff, Karl Stephens is an unsecured creditor of the Debtor, Anthony Patrick Fahey.

2. The Defendant, Anthony Fahey is a co-debtor in the above-entitled case under chapter 7 of the Bankruptcy.

3. That, in order to inquire properly into the conduct of the Debtor and his intentions when borrowing money from the Plaintiff and further questions concerning the assets

belonging to the Debtor's estate, Movant wishes to examine the Debtor.

4.  Debtor knew or should have know that he was insolvent in the year preceding his filing for relief under Chapter 7, including at the time the Movant lent the Debtor money.

5.  Debtor hindered, delayed and defrauded creditors by borrowing money, even though he had knowledge that he was insolvent.

WHEREFORE, Plaintiff moves the Honorable Court order the following:

1.  That Debtor be ordered to appear at 51 Monroe Street, Suite 1405, Rockville, MD 20850 on September 13, 2007, at ten o'clock, a.m., or as soon thereafter as the court shall seem fit, in order to be examined pursuant to Bankruptcy Rule 2004;

2.  That the testimony be taken recorded and a transcript prepared; and

3.  That Debtor produce at the examination all documents concerning his financial transactions within the last year, including but not limited to all of his financial records for his business, statement from credit card companies showing purchases, cash withdrawals and payments during the year next preceding his filing for Chapter 7 protection.

4. For such other and further relief as to the court may appear proper.

Respectfully submitted,


__/s/ Craig L. Holcomb_____
Craig L. Holcomb, Bar # 09001
Attorney for Karl Stephens
51 Monroe Street, Suite 1405
Rockville, MD 20850
(240) 453-9600


## POINTS AND AUTHORITIES

Bankruptcy Rule 2004; Federal Rules of Civil Procedure, Rule 30.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of August, 2007, a copy of the foregoing Motion was sent via e-certification and by ordinary mail, postage prepaid, to Anthony Patrick Fahey, 16765 Fishhawk Blvd. #158, Lithia, FL 33547; and Roger Schlossberg, 134 West Washington Street, P.O. Box 4227, Hagerstown, MD 21741-4227.


__/s/ Craig L. Holcomb_____